
**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DORIAN HILL                                                                                          PLAINTIFF

v.                                              No. 3:05CV00229 JLH

JONESBORO HUMAN DEVELOPMENT CENTER                              DEFENDANT

### ORDER

On December 15, 2005, defendant filed a motion to dismiss. Plaintiff did not respond. On January 9, 2006, the Court wrote plaintiff to ask if she opposed the motion. The Court stated, "If I have not heard from you within five business days, I will assume that you do not oppose the motion to dismiss and will act accordingly." More than five business days have elapsed, and plaintiff still has not responded. Plaintiff's complaint will be dismissed without prejudice.

IT IS SO ORDERED this 20th day of January, 2006.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE