# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DORIAN HILL                                                                                                  PLAINTIFF

v.                                           No. 3:05CV00229 JLH

JONESBORO HUMAN DEVELOPMENT CENTER                                     DEFENDANT

## JUDGMENT

This case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of January, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE